UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LAS VEGAS CASINO LINES, LLC,   Case No. 6:09-bk-03690-ABB
                                Chapter 11
    Debtor.
_____/

## ORDER

This matter came before the Court on the Non-Party Motion to Purchase (Doc. No. 151) ("Motion") filed by Corporate Woods ("Movant") in which it presents an offer to purchase the Debtor's vessel Liquid Vegas for $1,500,000.00. The United States District Court for the Middle District of Florida, Orlando Division ("District Court"), entered an Order on October 1, 2009 (Doc. No. 147) in *Canaveral Port Authority, et al. v. M/V Liquid Las Vegas, IMO No. 8222941*, Case No. 6:09-cv-1447-Orl-28DAB, setting October 7, 2009 as the deadline for the presentation of purchase offers and scheduling the public auction of the vessel for October 29, 2009 at Noon on the steps of the District Court. The District Court set the minimum bid at $1,750,000.00.

The Movant's Motion is untimely and does not meet the minimum bid requirement pursuant to the District Court's October 1, 2009 Order. The Motion is due to be denied.

Accordingly, it is

**ORDERED, ADJUDGED and DECREED** that the Movant's Motion (Doc. No. 151) is hereby **DENIED**.

Dated this 27 day of October, 2009.

ARTHUR B. BRISKMAN
United States Bankruptcy Judge