# CORPORATE WOODS, LLC

October 23, 2009          By Courier

**RECEIVED**
**OCT 2 6 2009**
CLERK, U.S. BANKRUPTCY
ORLANDO, FL

United States District Court
401 West Central Boulevard, Suite 1200
Orlando, Florida 32801

Attn.: Judge Baker


United States Bankruptcy Court
135 West Central Boulevard
Orlando, Florida 32801

Attn.: Judge Briskman


    Re.: <u>Canaveral Port Authority, et al.</u> v. <u>M/V Liquid Vegas, IMO No. 8222941</u>
        Case No. 6:09-cv-1447-Orl-28DAB

        <u>In Re Las Vegas Casino Lines, LLC</u>
        Case No. 09-3690-ABB

Gentlemen:

Enclosed for the Courts' consideration please find our revised and updated Purchase Offer for the M/V Liquid Vegas and related assets.

Thank you for your attention to this matter.


Very truly yours,

CORPORATE WOODS, LLC

Mauro B. Sebben
Authorized Agent


---

ONE EAST ELEVENTH STREET, SUITE 500
RIVIERA BEACH, FLORIDA 33404
TEL: 561-845-2101    FAX: 561-845-1201


FILED
OCT 26 2009
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

# PURCHASE OFFER

This Purchase Offer is made by Corporate Woods, LLC, an Illinois limited liability company (herein "Offeror"), to the United States District Court for the Middle District of Florida and/or the United States Bankruptcy Court for the Middle District of Florida.

WHEREAS, Las Vegas Casino Lines, LLC (herein "LVCL"), is now engaged in bankruptcy proceedings in the United States Bankruptcy Court for the Middle District of Florida under Case Number 09-3690-ABB; and

WHEREAS, LVCL is the registered owner of the M/V Liquid Vegas, IMO Number 8222941 (herein the "Vessel"), and other business assets; and

WHEREAS, the United States Marshal for the Middle District of Florida (herein the "Marshal") has arrested and taken custody of the Vessel pursuant to a Warrant for Arrest issued in the case Canaveral Port Authority, et al. v. M/V Liquid Vegas, IMO No 8222941 now pending before the United States District Court for the Middle District of Florida under Case Number 6:09-cv-1447-Orl-28DAB; and

WHEREAS, the Offeror wishes to purchase the Vessel and other assets of LVCL free and clear of liens and encumbrances; and

WHEREAS, the Offeror filed a previous Purchase Offer on October 20, 2009 with the Courts, which Purchase Offer has expired by its own terms;

NOW, THEREFORE, the Offeror hereby offers to purchase the Vessel and other assets of LVCL on the following terms and conditions:

1. The Assets to be Purchased

   1.1 The Vessel, together with all its equipment, casino equipment, gear, and stores, whether aboard the Vessel or ashore, free and clear of all liens, encumbrances, mortgages, claims, and maritime liens, including 147 slot machines and spare carpeting stored ashore, and all other assets of LVCL, including data bases.

2. The Purchase Price

   2.1 One million five hundred thousand United States dollars ($1,500,000), payable in cash at Closing, as follows:
   a) Deposit, credited at Closing: $150,000; and
   b) Payment due at Closing: $1,350,000.

1

3. Deposit

   3.1  The Offeror is arranging for a Deposit in the amount of one hundred and fifty thousand dollars ($150,000) to be made and placed into escrow in the Registry of the Court simultaneously with this Offer. The Deposit will be credited toward payment of the Purchase Price at Closing, or will be refunded to the Offeror in the event that the sale to the Offeror is not approved by the Court having jurisdiction, or the Closing does not occur for reasons not the fault of the Offeror. The Deposit will be otherwise non-refundable.

4. Closing Date

   4.1  The Closing Date for the purchase of the Vessel and the other assets of LVCL, conditional upon the approval and order by the Court having jurisdiction of the sale of the Vessel and the other assets of LVCL and the satisfaction of all conditions to the sale pursuant to this Offer, will be on October 29, 2009.

5. Conditions of Offer and Purchase

   5.1  Upon Closing, the Vessel and the other assets of LVCL shall be delivered to the Offeror pursuant to Bankruptcy and/or District Court confirmation and order, free and clear of all mortgages, claims, liens, maritime liens. The Vessel will be delivered pursuant to a Marshal's bill of sale. The Vessel and other assets of LVCL will be sold and purchased "as is, where is."

6. Acceptance of Offer

   6.1  This Offer will expire and be of no effect unless accepted in writing before October 26, 2009 at 5:00 p.m., eastern daylight time.

(Space intentionally left blank)

Dated this 23rd day of October, 2009.

OFFEROR:
CORPORATE WOODS, LLC

By: _____
Name: Mauro B. Sebben
Title: Authorized Agent


Offer accepted this _____ day of October, 2009.


_____
Name: _____
Title: _____

Official Seal:

STONEGATE BANK

Official Check

Date: 10/19/09

104287

Branch: 1001

REMITTER  ROBERT KRILICH

5-709
110

PAY TO THE ORDER OF   EXACTLY **150,000 AND 00/100 DOLLARS                    $150,000.00

**CLERK, UNITED STATES BANKRUPTCY COURT**

PAYABLE THROUGH BOSTON SAFE DEPOSIT & TRUST COMPANY

⑈104287⑈ ⑇011007092⑈ 014001138755 0⑈

STONEGATE BANK

Official Check

104287

DATE: 10/19/09

REMITTER: ROBERT KRILICH
851 FLAMINGO DRIVE
FORT LAUDERDALE, FL 33301

TO: **CLERK, UNITED STATES BANKRUPTCY COURT**

BRANCH: 1001
ORIGINATOR: R13BPREGO
TIME: 10:58:57
CK AMT: $150,000.00
FEE AMT: $.00

TOTAL: $150,000.00

**NON-NEGOTIABLE**