UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
OCT 2 8 2009
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re:

LAS VEGAS CASINO LINES, LLC,

Debtor.
_____/

Case No. 6:09-bk-03690-ABB
Chapter 11

## ORDER

This matter came before the Court on the letters (Doc. Nos. 153, 154) filed by Corporate Woods containing "revised and updated" and "revised and corrected" offers to purchase the Debtor's vessel Liquid Vegas. Corporate Wood's Motion to Purchase (Doc. No. ) was denied by the Order entered on October 27, 2009 (Doc. No. 152). The letters do not constitute proper pleadings filed in conformity with the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and Local Rules of this Court. The letters are due to be stricken.

Accordingly, it is

**ORDERED, ADJUDGED and DECREED** that Doc. Nos. 153 and 154 are hereby **STRICKEN**.

Dated this 28th day of October, 2009.

ARTHUR B. BRISKMAN
United States Bankruptcy Judge